**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD JACOBS,<br><br>                    Petitioner,<br><br>          v.<br><br>PATWIN HORN, Warden,<br><br>                    Respondent. | Case No. CV 2:25-06391 SVW-RAO<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Dkt. No. 1; Respondent's Answer, Dkt. No. 8; the Magistrate Judge's February 3, 2026 Report and Recommendation ("Report"), Dkt. No. 12; Petitioner's objections to the Report, Dkt. No. 15; and all of the records and files herein. The Court has further engaged in a *de novo* review of those portions of the Report to which Petitioner has objected and does not find Petitioner's objections persuasive.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

///

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED:  March 24, 2026

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2