UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDWARD JACOBS,

              Petitioner,

    v.

PATWIN HORN, Warden,

              Respondent.

Case No. CV 2:25-06391 SVW-RAO

JUDGMENT

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: March 24, 2026

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE